UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

v.

Damon L. Perkins, Jr.,

        Defendant.
_____/

Case: 2:25-cr-20047
Judge: Hood, Denise Page
MJ: Stafford, Elizabeth A.
Filed: 01-30-2025

Violation: 21 U.S.C. § 841(a)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

### (21 U.S.C. § 841(a)(1) – *POSSESSION WITH INTENT TO DISTRIBUTE FENTANYL*)

On or about April 25, 2024, in the Eastern District of Michigan, the defendant, Damon L. Perkins, Jr., did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly known as fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A)(vi).

1

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853 – *Criminal Forfeiture*)

The allegation contained in Count One of this Information is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 18, United States Code, Section 1956, the defendant, Damon L. Perkins, Jr., shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The Government also provides notice of its intent to seek a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a

    third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

JULIE A. BECK
Acting United States Attorney

Benjamin Coats
Chief, Drug Task Force

s/C. Barrington Wilkins
C. Barrington Wilkins
Assistant U.S. Attorney
211 W. Fort Street, Suite #2001
Detroit, MI 48226
barrington.wilkins@usdoj.gov

DATE: January 30, 2025

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: |

**Case Title:** USA v. Damon L. Perkins

**County where offense occurred:** Wayne County

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

    ____Indictment/ ✓ Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [Case number:          ]
    ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

January 30, 2025
Date

s/Barrington Wilkins
Barrington Wilkins
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9621
Fax: 313-226-3265
E-Mail address: Barrington.Wilkins@usdoj.gov
Attorney Bar #: AZ021396

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.