UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      Plaintiff,

vs.

Damon L. Perkins, Jr.,

      Defendant.

Case No. 25-cr-20047
Honorable Denise Page Hood

### First Forfeiture Bill of Particulars

The United States, by and through its counsel, submits this First Forfeiture Bill of Particulars, pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure to supplement and clarify the forfeiture allegations contained in the Information and to provide notice of specific property the government intends to forfeit upon conviction.

The allegations set forth in the Information are re-alleged and incorporated herein by this reference for the purpose of alleging forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(a) and 21 U.S.C. § 853. As a result of violating 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Fentanyl, as alleged in Count One of the Information, Damon L. Perkins, Jr. shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any propeŕty, real or personal, which

constitutes or is derived from proceeds traceable to the commission of the offenses(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, which includes, but is not limited to the following:

- 2023 Land Rover Range Rover VIN: SALKP9E76PA021043

This notice does not limit the government from seeking the forfeiture of additional specific property, including substitute assets, or limit the government from seeking the imposition of a forfeiture money judgment.

                                              Respectfully submitted,

                                              Julie A. Beck
                                              Acting United States Attorney

                                              <u>S/Kelly Fasbinder</u>
                                              Kelly Fasbinder (P80109)
                                              Assistant United States Attorney
                                              211 W. Fort Street, Suite 2001
                                              Detroit, MI 48226
                                              (313) 226-9520
Dated: February 5, 2025                   Kelly.Fasbinder@usdoj.gov

## **Certification of Service**

I hereby certify that on February 5, 2025, the foregoing document was electronically filed using the ECF system which will send notification of such filing to all ECF participants.

S/Kelly Fasbinder
Kelly Fasbinder (P80109)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9520
Kelly.Fasbinder@usdoj.gov
